Tyrel W. HART, III and Donna S. Hart, Plaintiffs-Appellants,

v.

GENERAL MOTORS ACCEPTANCE CORPORATION, Defendant-Respondent.

No. WD 34659.

Missouri Court of Appeals, Western District.

Aug. 28, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Oct. 30, 1984.

Application to Transfer Denied Dec. 18, 1984.

James S. Formby, John C. Bragg, Kansas City, for plaintiffs-appellants.

Paul Scott Kelly, Jr., Douglas S. Laird, Kansas City, for defendant-respondent.

Before LOWENSTEIN, P.J., and MANFORD and BERREY, JJ.

ORDER

PER CURIAM:

This is a civil action for conversion seeking recovery of damages for the alleged wrongful repossession of an automobile. The trial court ordered a new trial following jury verdict.

Judgment affirmed. Rule 84.16(b).